UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sheryl A. Telebar,

       Plaintiff,                      Civil No.07-1073 (RHK/JSM)

vs.                                 **DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Boehringer Ingelheim Pharmaceuticals,
Inc., a Delaware corporation, Pfizer, Inc.
a Delaware corporation, Pharmacia
Corporation, a Delaware corporation, Pharmacia
& Upjohn Company, LLC,

       Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: February 13, 2007

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge